# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JONES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SHEIKH A. KAIUUM, et al.,<br><br>　　　　　Defendants. | )     1:12-CV-1378  AWI DLB<br>)<br>)<br>)     **ORDER VACATING ALL**<br>)     **DATES IN LIGHT OF NOTICE**<br>)     **OF SETTLEMENT**<br>)<br>)<br>) |

Trial in this matter is set for December 3, 2013, and the pre-trial conference is set for October 11, 2013.  On September 19, 2013, the parties submitted a joint pre-trial statement.  In reality, the pre-trial statement is a notice of settlement.  <u>See</u> Doc. No. 15.  The notice indicates that this case settled in principle in June 2013 following a mediation.  The notice states that the parties still need to finalize a consent decree, and that delay occurred because of severe and life-threatening medical problems suffered by Plaintiff Jacqueline Jones.  The notice then requests that the Court vacate the trial and pre-trial dates.

In light of the Notice of Settlement, the Court will vacate all currently scheduled dates, including the pre-trial conference and the trial date.  Pursuant to Local Rule 160, the Court will order the parties to submit dispositional papers within 21 days of service of this order.  If the parties require additional time, they are to submit a request for additional time to file dispositional papers.  Such a request shall include a reason for further delay and propose a new dispositional papers deadline.

Accordingly, IT IS HEREBY ORDERED that:

1.    All currently set dates and deadlines are VACATED in light of the parties notice of settlement (Doc. No. 15); and

2.    The parties shall file dispositional papers within 21 days of service of this order.

IT IS SO ORDERED.

Dated:    September 19, 2013                    _____

　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE