# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JONES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHEIKH A. KAIUUM, et al.,<br><br>    Defendants. | Case No.  1:12-cv-01378-AWI-SAB<br><br>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD<br><br>(ECF No. 22) |

    Plaintiffs Jacqueline Jones, Demetrio Hernandez, and the Fair Housing Counsel of Central California filed this action on August 21, 2012 against Defendants Sheikh A. Kaiuum, Cynthia Alvarado, and JSK Management alleging discriminatory practices in violation of the Fair Housing Act, 42 U.S.C. § 3601 et seq.; California's Fair Employment and Housing Act, Cal. Gov. Code § 12955, et seq.; unfair business practices in violation of Cal. Bus. & Prof. Code § 17200, et seq.; and negligence under state law.  (ECF No. 1.)  The parties entered into a consent decree and the case was closed on December 27, 2013.  (ECF No. 21.)  On April 17, 2014, Defendants' counsel, Sean T. O'Rourke, filed a motion to withdraw as attorney of record.  (ECF No. 22.)  No opposition to the motion was filed.

    Counsel Sean T. O'Rourke appeared for a hearing on the motion on May 21, 2014.  No other party appeared for the hearing.  Having considered the moving papers and the Court's record in this action, the following order issues.

Mr. O'Rourke seeks to withdraw as attorney of record as he was appointed by Public Mutual Insurance Company to represent Defendants under the commercial general liability policy. (Aff. of Sean O'Rourke ¶ 1, ECF No. 22.) Mr. O'Rourke has been ordered by Public Mutual Insurance Company to close his file and his services have been terminated as the settlement has been funded in full. (Id. at ¶ 10.) Mr. O'Rourke is no longer being paid to represent Defendant in this action. (Id.)

The Local Rules of the Eastern District of California provide that:

> an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

L.R. 182(d).

Mr. O'Rourke has complied with the Local Rule. Mr. O'Rourke has informed Defendant and Defendant's personal attorney that he has been ordered to close his file and terminate his employment by Defendant's insurance company. (Aff. of Sean T. O'Rourke ¶¶ 9, 11, 15; April 17, 2014 Letter, attached as Exhibit 1.)

The decision to grant or deny an attorney's motion to withdraw is committed the discretion of the trial court. Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1087 (7th Cir. 1982). In deciding a motion to withdraw, courts have considered "1) reasons why withdrawal is sought; 2) the prejudice withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and the degree to which withdrawal will delay resolution of the case." Huckabee v. Medical Staff at CSATF, No. 1:09-cv-00749-LJO-BAM PC, 2013 WL 3892950, at *2 (E.D. Cal. July 26, 2013) (quoting Canandaigua Wine Co., Inc. v. Moldauer, No. 1:02-cv-06599 OWW DLB, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009)).

In this instance, Mr. O'Rourke seeks to withdraw as his employment has been terminated

by Public Mutual Insurance Company as the case has settled and the settlement has been fully funded. While there may be an issue regarding compliance with the consent decree, there are no pending matters before the court. Since this action has been closed there is no prejudice to other litigants, and granting the withdrawal will not harm the administration of justice or result in any substantial delay.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to withdraw as attorney of record, filed April 17, 2014, is GRANTED; and
2. Sean T. O'Rourke and the firm of Petrie, Dorfmeier & Morris, LLP are withdraw as counsel of record for Defendants.

IT IS SO ORDERED.

Dated: **May 21, 2014**

UNITED STATES MAGISTRATE JUDGE